# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ARENA BEVERAGE CORP.,

     Petitioner

    v.

PENNSYLVANIA LIQUOR CONTROL
BOARD,

     Respondent

: No. 397 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.